|  |  |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

RAMON GONZALEZ RESENDEZ, §
§
      Plaintiff, §
§
versus §   CIVIL ACTION NO. 1:19-CV-363
§
FCC BEAUMONT MEDIUM, §
§
      Defendant. §

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Ramon Gonzalez Resendez, an inmate currently confined at FCC Beaumont, proceeding *pro se*, filed this *Bivens*-type[1] action against the defendant FCC Beaumont Medium.

The court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends plaintiff's *Bivens*-type action should be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.[2]

---

[1]   *See Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

[2]   Plaintiff received a copy of the Report and Recommendation on November 6, 2019 (docket entry no. 5).

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED.** A Final Judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

SIGNED at Beaumont, Texas, this 15th day of April, 2020.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE